IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Trina Herring, et al | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 02-4391 |
| Michael McCrea, et al | : |  |
|  | : |  |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on Tuesday, January 14, 2002.  **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date:September 17, 2002

Copies:     Michael Beck, Courtroom Deputy to Judge Bruce W. Kauffman
                 Docket Clerk - Case File

                 Counsel:          Michael S. Ringold, Esq.
                                        Charles W. Sweeney, III, Esq.

ARB2.FRM