UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VILETTO BOSNIAK & ROSS<br>BY: Charles W. Sweeney, III, Esquire<br>I.D.# 62339<br>1515 Market Street, Suite 1802<br>Philadelphia, PA 19102<br>(215) 564-3042 | Attorney for Defendants |

| | | |
|---|---|---|
| TRINA HERRING<br>OSCAR HERRING | : | CIVIL ACTION |
| | : | |
| VS. | | |
| | : | |
| MICHAEL McCREA<br>GANNETT FLEMMING, INC. | : | NO. 02 CV 4391 |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance for the **Defendants, Michael McCrea and Gannett Flemming, Inc.,** in the above matter.

    Jury trial is hereby demanded.

                                                 VILETTO BOSNIAK & ROSS

                                                 BY:_____
                                                     Charles W. Sweeney, III
                                                     Attorney for Defendants