IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Trina Herring, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4391 |
| Michael McCrea, et al | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Monday, February 3, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                              Michael E. Kunz
                                                              Clerk of Court

*Case continued from 1/14/03

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date: January 14, 2003

Copies:    Michael Beck, Courtroom Deputy to Judge Bruce W. Kauffman
             Docket Clerk - Case File

        Counsel:      Michael S. Ringold, Esq.
                               Charles W. Sweeney, III, Esq.
        Arbitrators:   Earl Cahan, Esq.
                               Barbara Lyons, Esq.
                               George Reath, Jr., Esq.

ARB2.FRM