# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRINA HERRING, et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 02-CV-4391** |
| | : | |
| **MICHAEL MCCREA, et al.** | : | |

## ORDER

**AND NOW**, this_____day of January, 2003, upon consideration of Plaintiffs' unopposed request for a Continuance of Arbitration, **IT IS ORDERED** that the Arbitration previously scheduled for January 14, 2003 shall be continued until **February, 3 2003**.

                                                            **BY THE COURT:**

                                                            **BRUCE W. KAUFFMAN, J.**